## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                    Case Number:
Cabreira, et al. vs Bayer Corporation, et al.

## AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

LISANDRA ANGELICA DOS SANTOS CABREIRA, individually, and as Successor in Interest to the Estate of the Decedent ABRELINO CABREIRA, and as Guardian for the minor Plaintiffs FELIPE DOS SANTOS CABREIRA, GABRIELA DOS SANTOS CABREIRA, and ISABEL DOS SANTOS CABREIRA, Plaintiffs

```
FILED: JULY 10, 2008
08CV3940
JUDGE GRADY
MAGISTRATE JUDGE COLE
EDA
```

| | |
|---|---|
| NAME (Type or print)<br>Kent L. Klaudt | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Kent L. Klaudt | |
| FIRM<br>Lieff, Cabraser, Heimann & Bernstein, LLP | |
| STREET ADDRESS<br>275 Battery Street, 30th Floor | |
| CITY/STATE/ZIP<br>San Francisco, CA 94111 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER<br>415-956-1000 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☑ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐