# United States District Court for the Northern District of Illinois

Case Number: 08CV3940          Assigned/Issued By: DAJ

Judge Name: GRADY             Designated Magistrate Judge: COLE

## FEE INFORMATION

*Amount Due:*   ☑ $350.00     ☐ $39.00      ☐ $5.00
                ☐ IFP         ☐ No Fee      ☐ Other _____
                ☐ $455.00

Number of Service Copies _____         Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350.00                 Receipt #: 2925135

Date Payment Rec'd: 07/10/08        Fiscal Clerk: DAJ

## ISSUANCES

☑ Summons                           ☐ Alias Summons

☐ Third Party Summons               ☐ Lis Pendens

☐ Non Wage Garnishment Summons      ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons

                                    (Victim, Against and $ Amount)

☐ Citation to Discover Assets

☐ Writ _____
      (Type of Writ)

5 Original and 0 copies on 07/10/08 as to ALPHA THERAPEUTIC
                        (Date)
CORP, ARMOUR PHARMACEUTICAL, BAXTER HEALTHCARE CORP, BAXTER

INTERNATIONAL INC, BAYER CORP.