U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                           Case Number: 1:08-cv-3940
Lisandra Angelica Dos Santos, et al.
v.
Bayer Corporation, et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Alpha Therapeutic Corporation

| | |
|---|---|
| NAME (Type or print) <br> Kevin J. Stack | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Kevin J. Stack | |
| FIRM <br> Knapp, Petersen & Clarke | |
| STREET ADDRESS <br> 500 N. Brand Boulevard, Twentieth Flr. | |
| CITY/STATE/ZIP <br> Glendale, CA 91203 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 72782 | TELEPHONE NUMBER <br> (818) 547-5168 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |