U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case Number: 1:08-cv-3940
Lisandra Angelica Dos Santos, et al.
v.
Bayer Corporation, et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Alpha Therapeutic Corporation

| NAME (Type or print) |  |
| --- | --- |
| David S. Waxman |  |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |  |
| s/ David S. Waxman |  |
| FIRM |  |
| Arnstein & Lehr, LLP |  |
| STREET ADDRESS |  |
| 120 South Riverside Plaza, Suite 1200 |  |
| CITY/STATE/ZIP |  |
| Chicago, IL 60606-3910 |  |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6191045 | (312) 876-7100 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑  NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐  NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |  |
| RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ |  |